# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re:    James P. Hritsko, Jr.      ) Case Number: 10-21835-pmc
      Arlene  Muttick-Hritsko     ) Chapter 13 Proceedings
         Debtors.            ) Honorable Pat E. Morgenstern-Clarren

## TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION

Craig Shopneck, the duly appointed, standing Chapter 13 Trustee, hereby objects to certain exemption(s) claimed by the debtor.  Pursuant to 11 U.S.C. § 522(b), the exemptions available in a state that has opted out of the federal exemption scheme such as Ohio, are generally those exemptions provided by the law of the state.  The debtor herein claimed on Schedule C improper exemption(s) as to property governed by the following subsections of Ohio Rev. Code §2329.66.

| PROPERTY | LAW | CLAIMED EXEMPTION | TRUSTEE'S POSITION |
|---|---|---|---|
| 5150 S. Broadway Lorain, OH  44052 | 2329.66(A)(1)(b) | 100% of FMV | Reduce exemption to $21,625.00.<br><br>An assertion of a "100%" exemption is inappropriate in that the statutory exemptions asserted have maximum dollar amounts available; allowing a "100%" exemption could allow debtors to exempt more than the statutory maximum. |
| Lormet FCU – Checking | 2329.66(A)(3) | 100% of FMV | Limit to $200.00.<br><br>An assertion of a "100%" exemption is inappropriate in that the statutory exemptions asserted have maximum dollar amounts available; allowing a "100%" exemption could allow debtors to exempt more than the statutory maximum. |
| Lormet FCU – Savings | 2329.66(A)(3) | 100% of FMV | Limit to $20.00.<br><br>An assertion of a "100%" exemption is inappropriate in that the statutory exemptions asserted have maximum dollar amounts available; allowing a "100%" exemption could allow debtors to exempt more than the statutory maximum. |

| PROPERTY | LAW | CLAIMED EXEMPTION | TRUSTEE'S POSITION |
|---|---|---|---|
| Household Furnishings | 2329.66(A)(4)(a) 2329.66(A)(4)(a) | 100% of FMV 100% of FMV | Limit to $5,000.00.<br><br>An assertion of a "100%" exemption is inappropriate in that the statutory exemptions asserted have maximum dollar amounts available; allowing a "100%" exemption could allow debtors to exempt more than the statutory maximum. |
| Clothing | 2329.66(A)(4)(a) | 100% of FMV | Limit to $500.00.<br><br>An assertion of a "100%" exemption is inappropriate in that the statutory exemptions asserted have maximum dollar amounts available; allowing a "100%" exemption could allow debtors to exempt more than the statutory maximum. |
| Clothing | 2329.66(A)(4)(a) | 100% of FMV | Limit to $500.00.<br><br>An assertion of a "100%" exemption is inappropriate in that the statutory exemptions asserted have maximum dollar amounts available; allowing a "100%" exemption could allow debtors to exempt more than the statutory maximum. |
| PERS | 2329.66(A)(10) | 100% of FMV | Limit to $54,000.00.<br><br>An assertion of a "100%" exemption is inappropriate in that the statutory exemptions asserted have maximum dollar amounts available; allowing a "100%" exemption could allow debtors to exempt more than the statutory maximum. |

| PROPERTY | LAW | CLAIMED EXEMPTION | TRUSTEE'S POSITION |
|---|---|---|---|
| 1977 Chev Pickup | 2329.66(A)(2)(b) | 100% of FMV | Limit to $200.00.<br><br>An assertion of a "100%" exemption is inappropriate in that the statutory exemptions asserted have maximum dollar amounts available; allowing a "100%" exemption could allow debtors to exempt more than the statutory maximum. |
| Support Arrearage | 2329.66(A)(11) | 100% of FMV | Limit to $6,300.00.<br><br>An assertion of a "100%" exemption is inappropriate in that the statutory exemptions asserted have maximum dollar amounts available; allowing a "100%" exemption could allow debtors to exempt more than the statutory maximum. |

This objection will continue to stand until it is ruled upon by the Court or withdrawn by the Trustee.

Respectfully Submitted,

/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-1401
Phone (216) 621-4268    Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Objection to Claim of Exemption was served electronically and/or via regular U.S. Mail, postage prepaid, this 6th day of January 2011 upon the following persons:

William J. Balena, Attorney for Debtors
(Via Electronic Mail)

Arlene Muttick-Hritsko & James P. Hritsko, Jr., Debtors
5150 S Broadway
Lorain, OH 44052

/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)

CHS/kb