IT IS SO ORDERED.



ENTERED UNDER ADMINISTRATIVE ORDER NO. 06-2
KENNETH J. HIRZ, CLERK OF BANKRUPTCY COURT
BY:  /s/ Valerie Dombrowski
      Deputy Clerk

Dated: May 04, 2011

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE:    HRITSKO, JAMES PETER    CASE NO: 10-21835
          MUTTICK-HRITSKO, ARLENE

          Debtor(s)    CHAPTER 13

          JUDGE MORGENSTERN-CLARREN

## ORDER RELEASING WAGES
## FROM THE JURISDICTION OF THE COURT

Upon consideration of Debtors' Motion for Dismissal of their Chapter 13, the court finds that a release of the wages from the jurisdiction of the court is appropriate.

**IT IS THEREFORE ORDERED** that the Debtors and their employers, if applicable, are hereby released from the court's order pertaining to the wages of the debtors. An employer should take no further wage deductions, and debtors should remit no further plan payments.

**IT IS SO ORDERED.**

Submitted by:

/s/ William J. Balena
Attorney for Debtors
511 Broad Street
Elyria, Oh 44035
Tel 440-365-2000  Fax 440-323-0260
bbalena@me.com

**SERVICE LIST**

Craig Shopneck, Trustee
(via e-mail)


William J. Balena
Attorney for Debtors
(via e-mail)


James and Arlene Hritsko
5150 South Broadway
Lorain, OH 44052


Lorain County
Attn: Payroll Dept.
226 Middle Avenue
Elyria, OH 44035